UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN I

Case:2:11-cr-20467
Judge: Cleland, Robert H.
MJ: Michelson, Laurie J.
Filed: 07-26-2011 At 01:20 PM
INFO USA V GLENN E. MORGAN JR.

UNITED STATES OF AMERICA,

Plaintiff,

v.

VIOLATION: 18 U.S.C. § 876(c) -
Mailing Threatening
Communications

D-1   GLENN E. MORGAN, JR.,

Defendant.
_____/

# *INFORMATION*

THE UNITED STATES ATTORNEY CHARGES:

### INTRODUCTION

At all times relevant to this information:

1. C. S. and S.S. were a married couple residing in a home on Patton Street in Detroit, Michigan.

2. C. S. is African-American. S. S. is Caucasian.

### COUNT 1
18 U.S.C. §876(c) Mailing Threatening Communications

In approximately early November, 2008, in the Eastern District of Michigan, Southern Division, defendant, GLENN E. MORGAN, JR., knowingly and willfully, caused to be delivered by the Postal Service a communication addressed to C .S. at the home of C.S. and his wife, S.S. on Patton Street in Detroit, Michigan, containing a threat to injure the person of C. S. and his wife, S. S.

That is, the communication defendant caused the Postal Service to deliver to C. S. contained a 4" noose, along with written material that included photographs of African-American men being lynched along with the message, "Niggers like you that bring WHITE TRASH into our community should be lynched for being RACE TRAITORS!!!!" and a photograph of the body of a murdered Nicole Brown Simpson with the message "This is the fate of the Nigger Lovin white woman" directly above the picture. GLENN E. MORGAN, JR. intentionally selected C.S. and S.S. to receive the communication because of their race. All in violation of Title 18 United States Code, Section 876(c).

**BARBARA L. McQUADE**
United States Attorney

**/s/ PAMELA THOMPSON**
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226-3277
(313) 226-9770
Pamela.Thompson@usdoj.gov
P26056

Dated: July 26, 2011

| .iited States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:11-cr-20467<br>Judge: Cleland, Robert H.<br>MJ: Michelson, Laurie J.<br>Filed: 07-26-2011 At 01:20 PM<br>INFO USA V GLENN E. MORGAN JR. |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Glenn E. Morgan

**County where offense occurred:** Wayne

**Check One:**     ☒ Felony          ☐ Misdemeanor          ☐ Petty

_____Indictment/ ✓ Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [Case number: _____]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____
 ☐  Original case was terminated; no additional charges or defendants.
 ☐  Corrects errors; no additional charges or defendants.
 ☐  Involves, for plea purposes, different charges or adds counts.
 ☐  Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 26, 2011
Date

PAMELA THOMPSON
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9770
Fax: (313) 226-3413
E-Mail address: Pamela.Thompson@usdoj.gov
Attorney Bar #: 26056

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09