UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                               Case No.: 11-cr-20467

GLENN E. MORGAN, JR.,            Hon. Robert H. Cleland

       Defendant.
                                    /

## STIPULATION AND ORDER TO AMEND BOND CONDITIONS

Defendant GLEN MORGAN, JR., was released on bond on August 25, 2011. Among his conditions of release is a requirement that he satisfy "all outstanding warrants within 90 days." Mr. Morgan has been attempting to resolve his outstanding warrants for traffic and civil infractions, but has thus far been unable to pay the $2,539.00 that is owed to satisfy the warrants. He believes that with additional time, he will be able to satisfy the warrants.

**THE PARTIES THEREFORE STIPULATE** that the time in which Mr. Morgan has to resolve his outstanding warrants be extended by a period of 60 days to January 24, 2012.

s/ Nancy L. McGunn
Attorney for Defendant
613 Abbott, 5th Floor
Detroit, Michigan 48226
Telephone: (313) 967-5868
Email: nancy_mcgunn@fd.org

s/ Pamela Thompson
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Telephone: (313) 226-9100
Email: pamela.thompson@usdoj.gov

Dated: December 6, 2011

      **SO ORDERED**

                                  S/Robert H. Cleland
                                ROBERT H. CLELAND
                                UNITED STATES DISTRICT JUDGE

Dated:  December 9, 2011


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 9, 2011, by electronic and/or ordinary mail.


 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522